### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CRIMINAL ACTION** |
| v. ) | |
| ) | **No. 08-20035-01-KHV** |
| **QUENTIN HAILEY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

This matter is before the Court on defendant's Motion To Reduce Sentence Pursuant To 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #129) filed June 30, 2020.  Defendant seeks immediate release.  The government does not oppose defendant's request and agrees defendant is a proper candidate for immediate release from the Bureau of Prisons.  Based on the government's agreement that release is appropriate, this Order shall not have precedential value on the question whether a district court can independently determine that extraordinary and compelling reasons exist for defendant's release other than, or in connection with, the reasons described in subdivisions (A) through (C) of Application Note 1 to Section 1B1.13 of the United States Sentencing Guidelines.

**IT IS THERFEORE ORDERED** that defendant's Motion To Reduce Sentence Pursuant To 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #129) filed June 30, 2020 is **SUSTAINED** as unopposed.  The Court reduces defendant's sentence of eight months imposed on February 12, 2020 to **TIME SERVED**.  Defendant remains subject to a term of supervised release of 24 months, which shall begin immediately.

Dated this 1st day of July, 2020 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
